IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KIMBERLY TEMPLETON**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:06-CV-0337-L |
| | § | **ECF** |
| **CARDIOVASCULAR PROVIDER RESOURCES, INC.**, | § § § | |
| Defendant. | § § | |

## STIPULATION AND DISMISSAL

The parties hereby submit this Stipulation and Dismissal and respectfully request that the Court dismiss all remaining claims with prejudice.

It is therefore **ordered** that

1. Plaintiff's claims against Defendants are **dismissed with prejudice**; and,

2. All parties shall bear their own costs.

**It is so ordered** this 10th day of January, 2007.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Stipulation and Dismissal - Page 1

Respectfully submitted,

/s/ Carrie B. Hoffman
Carrie B. Hoffman
Texas Bar No. 00787701
choffman@gardere.com
Michele C. Spillman
Texas Bar No. 24046889
mspillman@gardere.com
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone: (214) 999-3000
Fax:  (214) 999-4667

**ATTORNEYS FOR DEFENDANT**

/s/ N. Sue Allen
N. Sue Allen
State Bar No. 00791992
307 West 7th Street, Suite 1800
Fort Worth, Texas  76102
Phone: (817) 926-5005
Fax: (817) 926-5165

**ATTORNEY FOR PLAINTIFF**

**Stipulation and Dismissal - Page 2**